UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:25-CR-000108 (CRC) |
| | ) |
| LEVITA ALMUETE FERRER, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION

Defendant Levita Almuete Ferrer ("Defendant" or "Defendant Ferrer"), through her attorneys, has indicated that she owns in her name and her name only three properties in the State of Maryland and wishes to sell those properties in order to satisfy any forfeiture order issued against her in the above-captioned criminal case.[1] These properties collectively are referred to as the "Three Properties."

In connection with a Plea Agreement executed by the United States and Defendant Ferrer, the United States, by its attorney, Kondi Kleinman, and the Defendant, by her attorneys, David Schertler and Noah Cherry, hereby agree as follows:

1. Defendant Ferrer has agreed to plead guilty to Count One of the Information, charging her with the offense of Theft of Government Property, in violation of 18 U.S.C. § 641, and Defendant Ferrer will plead guilty to Count One;[2]

---

[1] The Three Properties are located at (1) 527 Girard Street in Gaithersburg, Maryland, (2) 7603 Swann Terrace in Hyattsville, Maryland and (3) 7 Copps Hills in Montgomery Village, Maryland.

[2] In the event that Defendant Ferrer does not plead guilty or otherwise engages in conduct that constitutes a breach of her plea agreement, the United States shall be relieved of its obligations under this Stipulation.

2. Defendant Ferrer, as part of the Plea Agreement, has also signed a Proposed Consent Order of Forfeiture, under which this Court will issue a Forfeiture Order with respect to assets and property belonging to Defendant Ferrer;

3. The Government agrees that it will take no action to execute the Forfeiture Order with respect to the Three Properties in order to allow Defendant Ferrer to sell the Three Properties;

4. Defendant Ferrer and the Government agree that between the date of entering her guilty plea and the date of her sentencing, the Government will not take any action to freeze or forfeit the Three Properties;

5. Defendant Ferrer will immediately engage a real estate broker to sell the Three Properties;

6. Upon the sale of any of the Three Properties, Defendant Ferrer will ensure that all proceeds from the sale of the Three Properties will be forwarded to the United States Marshals Service ("USMS") and Defendant Ferrer will follow all wiring instructions provided by the USMS or the United States;

7. Defendant Ferrer will not retain any proceeds from the sale of the Three Properties until and only if the forfeiture money judgment total has been fully satisfied;

8. This stipulation is strictly limited to the United States Attorney's Office for the District of Columbia and Defendant Ferrer, and does not bind either party in any future arrangements or agreements; and

9. There are no promises, agreements, or understandings between the government and the Defendant other than as set forth herein.

**Defendant – Levita Almuete Ferrer**

I have carefully reviewed each and every part of the foregoing agreement with my attorneys. I agree that my decision to enter into this stipulation is an informed and voluntary one.

4/15/2025
Date

Levita Almuete Ferrer

**Defense Counsel - David Schertler**

I am counsel to Levita Almuete Ferrer and I have carefully reviewed each and every part of the foregoing agreement with my client. Her decision to enter into this stipulation is an informed and voluntary one.

4/15/25
Date

By: David Schertler
Schertler Onorato Mead & Sears, LLC

**United States of America**

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

April 14, 2025
Date

By: Kondi Kleinman
Assistant United States Attorney