UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.      :      **CASE NO. 25-CR-108**

LEVITA ALMUETE FERRER,      :
also known as LEVITA BREZOVIC,      :

Defendant.      :

## PROPOSED CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by Defendant

**LEVITA ALMUETE FERRER**, and her counsel, David Schertler, in which Defendant agreed

to plead guilty to Count One of the Information, charging her with the offense of Theft of

Government Property, in violation of 18, United States Code, Sections 641 and Defendant pleaded

guilty to Count One;

*WHEREAS*, the Information gave notice that, upon conviction of the offense alleged in

Count One of the Information, any property, real or personal, which constitutes or is derived from

proceeds traceable to the offense shall be subject to forfeiture, pursuant to Title 18, United States

Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c)—and such

forfeiture is mandatory;

*WHEREAS*, the Information gave notice that upon conviction, the United States will seek

a forfeiture money judgment against the Defendant;

*WHEREAS*, the Defendant personally obtained at least $657,347.50 from Count One.

*WHEREAS*, pursuant to Rule 32.2(c)(1), an order of forfeiture for a personal money

judgment requires no ancillary proceeding and is therefore final;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the Defendant admits that one or more conditions under Title 21, United States Code, Section 853(p)(1) exist, namely that any property involved in Count One, or any property traceable to such property, that Defendant personally obtained, have been dissipated by the Defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:*

1.      The Court finds that property the Defendant personally obtained $657,347.50 from the offenses of conviction. A forfeiture money judgment in the amount of $657,347.50 is entered against the Defendant and in favor of the United States.

2.      The Court finds that the criminal earnings obtained by the Defendant, namely $657,347.50, have been dissipated by the Defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

3.      Pursuant to Rule 32.2(c)(1), because this order consists only of a personal money judgment, this is a final order of forfeiture.

4.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

2

5.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the Defendant's consent, this Order of Forfeiture is now final as to the Defendant and shall be made part of the sentence and included in the judgment.

6.      The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.      The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ 30th _____ day of _____ April _____, 2025.

UNITED STATES DISTRICT JUDGE

CHRISTOPHER R. COOPER
United States District Judge

WE ASK FOR THIS:

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 481866

By:

Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

Levita Almuete Ferrer
Defendant

David Schertler, Esquire
Counsel for Defendant

3