## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LEVITA ALMUETE FERRER,**<br><br>Defendant. | Case No. 25-cr-108 (CRC) |

## ORDER

Consistent with the Court's ruling during the June 2, 2025, hearing on [ECF 14] the Government's Motion to Revoke Defendant's Pretrial Release Conditions and [ECF 17] the Pretrial Services Agency's Status Report and recommendation to remove Defendant from supervision pending sentencing, it is hereby

**ORDERED** that Defendant's conditions of supervision pending sentencing are revoked pursuant to 18 U.S.C. § 3148(b)(2)(B); and it is further

**ORDERED** that Defendant is committed to the custody of the United States Marshals for detention at the District of Columbia Correctional Treatment Facility or other suitable facility pending sentencing in this matter.

**SO ORDERED.**

Date: June 5, 2025

                                                         CHRISTOPHER R. COOPER
                                                         United States District Judge