ATTACHMENT 1

Dear Judge Cooper,

I am writing to express my deepest remorse for my actions and the harm I have caused to those closest to me. I have failed so many people around me, especially my husband, my family, my friends, my co-workers, and those who looked up to me.

I understand the seriousness of the crime I have committed and accept full responsibility for my actions. I have betrayed the trust placed in me. I deeply regret not getting the help I needed before stealing taxpayer funds to fuel my addiction.

I've prayed for God's forgiveness. Because of my crime, I have spent the last four months in DC Jail, a place I never imagined I would have to see at this stage of my life.

Nevertheless, I have learned a lot during my time in incarceration. I have tried to use these months productively to reflect on what I have done and to do everything I can to make myself a better person. I have attended every re-entry and life skills program that the DC Jail offered and have tried my best to be a good example to other inmates.

Moving forward, I will have to live with what I have done for the rest of my life. When I google my name, the first thing that comes up is my criminal offense. Not the 26 years of honorable military service or the 10 years of public service for the State Department. All of this has been overshadowed by my crime.

I understand that my actions have serious consequences, and I am committed to doing everything in my power to address the harm that I have created. I promise if released that I will abide by any conditions your Honor deems appropriate and that I will do everything in my power to repay the restitution I owe as quickly as possible and to get the treatment I need.

I am grateful for the opportunity to express my remorse.


Levita Ferrer